UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

In re:

Jamie Aymar                                    Bankruptcy No. 19 24738

                                               Chapter 13

    Debtors
Jamie Aymar
Ronda Winnecour                                Related to: Document No. 23

    Movant                                **ENTERED BY DEFAULT**
       v.

American Dreamers.


ORDER TO DISSOLVE WAGE ATTACHMENT

AND NOW, this <u>5th</u> day of <u>February</u>, 2020, upon consideration of the Motion filed in the above matter,

IT IS ORDERED that the Motion is hereby granted.
The wage attachment entered in this matter versus American Dreamers is dissolved.

IT IS SO ORDERED.


BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
2/5/20 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24738-CMB
Jamie Aymar                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr            Page 1 of 1              Date Rcvd: Feb 05, 2020
                                Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
db            +Jamie Aymar,    3119 Ridge Road,    South Park, PA 15129-9335
              +American Dreamers Rentals,    1321 Leaside Dr,    Pittsburgh, PA 15207-2311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:
      Brad L. Hamric    on behalf of Debtor Jamie  Aymar hamriclaw@comcast.net
      James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 5