**Form 132**

**UNITED STATES BANKRUPTCY COURT**          41
**WESTERN DISTRICT OF PENNSYLVANIA**          dpas

In re:                                                                 Bankruptcy Case No.: 19–24738–CMB

                                                                          Chapter: 7

**Jamie Aymar**
**fka Jamie Aymar**
     Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE**
**AND DETERMINATION OF TRUSTEE BOND**

   Natalie Lutz Cardiello is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 3/9/20                                              **Andrew R. Vara**
                                                                  United States Trustee

                                                                  **Joseph S. Sisca**
                                                                  Assistant United States Trustee
                                                                  Western District of Pennsylvania

---

I Natalie Lutz Cardiello, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                  Natalie Lutz Cardiello

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jamie Aymar
            Debtor

Case No. 19-24738-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas          Page 1 of 1          Date Rcvd: Mar 09, 2020
                             Form ID: 132         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
tr              +Natalie Lutz Cardiello,    107 Huron Drive,    Carnegie, PA 15106-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
          Brad L. Hamric    on behalf of Debtor Jamie  Aymar hamriclaw@comcast.net
          James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTRICT
           jhunt@grblaw.com,  cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Natalie Lutz Cardiello    ncardiello@cardiello-law.com,  ncardiello@ecf.axosfs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 7