| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jamie Aymar** | Social Security number or ITIN  **xxx–xx–9707** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13**    **12/9/19** |
| Case number:  **19–24738–CMB** | | Date case converted to chapter **7**    **3/9/20** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jamie Aymar | |
| 2. | **All other names used in the last 8 years** | fka Jamie Aymar | |
| 3. | **Address** | 3119 Ridge Road<br>South Park, PA 15129 | |
| 4. | **Debtor's attorney**<br>Name and address | Brad L. Hamric<br>Brad Hamric PC<br>Mowry Office Building<br>90 Clairton Boulevard<br>Pittsburgh, PA 15236 | Contact phone 412–720 0463<br><br>Email: hamriclaw@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 | Contact phone 412–276–4043<br><br>Email: ncardiello@cardiello–law.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   page **1**

| **6. Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/9/20 |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 13, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.**       **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/12/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline:** _____ |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/8/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                            Case No. 19-24738-CMB
Jamie Aymar                                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dpas                Page 1 of 2       Date Rcvd: Mar 09, 2020
                              Form ID: 309B             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             +Jamie Aymar,    3119 Ridge Road,    South Park, PA 15129-9335
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty             Jeffrey R. Hunt,    Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
                 Pittsburgh, PA 15219-6107
aty            +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTR,     GRB Law,    437 Grant Street 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15168828       +Allegheny Clinic Pediatrics,    Box 645351,    Pittsburgh, PA 15264-5251
15168829       +Allegheny Health Network,    Box 645266,    Pittsburgh, PA 15264-5250
15168833       +Assoc Credit Services,    115 Flanders Rd ste 140,    Westborough, MA 01581-1087
15168836       +CBCS,   Box 2724,    Columbus, OH 43216-2724
15168841       +First Federal Credit Unon,    24700 Chagrin Blvd Ste 2,    Beachwood, OH 44122-5662
15168847       +Midland Funding,    320 E Big Beaver Rd,    Troy, MI 48083-1271
15168846       +Midland Funding,    c/o Hayt Hayt Landau,    Meridian Center,    2 Industrial Way West,
                 Eatontown, NJ 07724-2265
15201449       +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
15168849       +Pennymac,    Box 30597,   Los Angeles, CA 90030-0597
15168851       +South Hills Gastro Assoc,    1200 Brooks Lane #10,    Clairton, PA 15025-3747
15168853       +State Collection,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15168854       +State Collection Service,    2509 s. Stoughton Rd,    Madison, WI 53716-3314
15202964       +Township of South Park and South Park SD,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15168862       +UPMC,   Box 371472,    Pittsburgh, PA 15250-7472
15195172        UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15168864       +UPMC Shadyside Dental,    3459 Fifth Ave,    Pittsburgh, PA 15213-3236
15168865       +Waterfront Anesthesia,    Box 49,    Pittsburgh, PA 15230-0049
15168866       +Waterfront Surgery Center,    495 E Waterfront Dr Ste 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: hamriclaw@comcast.net Mar 10 2020 03:03:22      Brad L. Hamric,    Brad Hamric PC,
                 Mowry Office Building,    90 Clairton Boulevard,    Pittsburgh, PA  15236
tr             +EDI: QNLCARDIELLO.COM Mar 10 2020 06:38:00      Natalie Lutz Cardiello,    107 Huron Drive,
                 Carnegie, PA 15106-1826
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:45       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 10 2020 03:03:52
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 10 2020 03:04:08       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Mar 10 2020 06:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15168832       +EDI: ARSN.COM Mar 10 2020 06:38:00      ARS National Services,    Box 469046,
                 Escondido, CA 92046-9046
15190580        EDI: GMACFS.COM Mar 10 2020 06:38:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
15168830       +EDI: GMACFS.COM Mar 10 2020 06:38:00      Ally Financial,    200 Renaissance Center #80,
                 Detroit, MI 48243-1300
15168831       +EDI: RMSC.COM Mar 10 2020 06:38:00      Amazon,    Box 965015,   Orlando, FL 32896-5015
15168835        EDI: CAPITALONE.COM Mar 10 2020 06:38:00      Capital One Bank,    15000 Capital One Dr,
                 Henrico, VA 23238
15168834       +E-mail/Text: bankruptcy@usecapital.com Mar 10 2020 03:04:16       Capital Accounts,    Box 140065,
                 Nashville, TN 37214-0065
15190379        EDI: BL-BECKET.COM Mar 10 2020 06:39:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
15168837       +EDI: WFNNB.COM Mar 10 2020 06:38:00      Comenity CB My Place,    Box 182120,
                 Columbus, OH 43218-2120
15168838       +EDI: WFNNB.COM Mar 10 2020 06:38:00      Comenity My Place,    Box 182120,
                 Columbus, OH 43218-2120
15168839       +EDI: CCUSA.COM Mar 10 2020 06:38:00      Credit Collections,    16 distributor Dr Ste 2,
                 Morgantown, WV 26501-7209
15168840       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 10 2020 02:51:44       Credit One Bank,
                 Box 98875,    Las Vegas, NV 89193-8875
15168842       +EDI: IIC9.COM Mar 10 2020 06:38:00      IC Systems,    Box 64378,   Saint Paul, MN 55164-0378
15168843        EDI: IRS.COM Mar 10 2020 06:38:00      IRS,    1000 Liberty Ave,    Pittsburgh, PA 15222
15198035        EDI: JEFFERSONCAP.COM Mar 10 2020 06:38:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
15168844        E-mail/Text: bncnotices@becket-lee.com Mar 10 2020 03:03:32      Kohls Capital One,
                 N56 Ridgewood Dr,    Menomonee Falls, WI 53051
```

Certificate of Notice    Page 4 of 4

```
District/off: 0315-2           User: dpas                 Page 2 of 2                Date Rcvd: Mar 09, 2020
                               Form ID: 309B              Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15168845       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 02:53:21
                 LVNV Funding Credit One,   Box 1269,   Greenville, SC 29602-1269
15170514        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 02:50:24       LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15193918       +EDI: MID8.COM Mar 10 2020 06:38:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
15168850        EDI: PRA.COM Mar 10 2020 06:38:00      Portfolio Recovery,   150 Corporate Blvd,
                 Norfolk, VA 23502
15181334        EDI: PRA.COM Mar 10 2020 06:38:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
15177187        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:45
                 Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
15168848       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:45       Pennsylvania Dept of Revenue,
                 Box 280946,   Harrisburg, PA 17128-0946
15168855       +EDI: RMSC.COM Mar 10 2020 06:38:00      SYNC Levin,   950 Forrer Blvd,   Dayton, OH 45420-1469
15168856       +EDI: RMSC.COM Mar 10 2020 06:38:00      SYNC Lowes,   950 Forrer Blvd,   Dayton, OH 45420-1469
15168858       +EDI: RMSC.COM Mar 10 2020 06:38:00      SYNC Sams Club,   Box 965005,   Orlando, FL 32896-5005
15168859       +EDI: RMSC.COM Mar 10 2020 06:38:00      SYNC Toys r Us,   Box 965005,   Orlando, FL 32896-5005
15168860       +EDI: RMSC.COM Mar 10 2020 06:38:00      SYNC Walmart,   Box 965024,   Orlando, FL 32896-5024
15168852       +EDI: SWCR.COM Mar 10 2020 06:39:00      Southwest Credit System,   4120 International Parkway,
                 Carrollton, TX 75007-1958
15168857       +EDI: RMSC.COM Mar 10 2020 06:38:00      Sync Old Navy,   box 965005,   Orlando, FL 32896-5005
15169365       +EDI: RMSC.COM Mar 10 2020 06:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15168861       +E-mail/Text: bankruptcydepartment@tsico.com Mar 10 2020 03:04:06       Transworld Systems,
                 500 Virginia Dr,   Fort Washington, PA 19034-2733
15168863       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 10 2020 03:04:05       UPMC Mercy,   1400 Locust St,
                 Pittsburgh, PA 15219-5114
                                                                                               TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
```
              Brad L. Hamric    on behalf of Debtor Jamie  Aymar hamriclaw@comcast.net
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTRICT
               jhunt@grblaw.com, cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Natalie Lutz Cardiello    ncardiello@cardiello-law.com, ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7
```