**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br>JAMIE AYMAR <br><br>Debtor(s) <br><br>Ronda J. Winnecour <br>Movant <br>vs. <br>No Respondents. | Case No.:19-24738 <br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/09/2019 and confirmed on 01/24/2020. The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 714.00 |
| Less Refunds to Debtor | 298.45 | |
| TOTAL AMOUNT OF PLAN FUND | | 415.55 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 75.59 | |
| Trustee Fee | 29.28 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 104.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ALLY FINANCIAL(*) <br>Acct: 2435 | 0.00 | 310.68 | 0.00 | 310.68 |
| PENNYMAC LOAN SERVICES LLC <br>Acct: 8493 | 254,653.96 | 0.00 | 0.00 | 0.00 |
| | | | | 310.68 |
| **Priority** | | | | |
| BRAD HAMRIC PC <br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMIE AYMAR <br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br>Acct: 9707 | 7,182.59 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* <br>Acct: 9707 | 2,052.08 | 0.00 | 0.00 | 0.00 |
| BRAD HAMRIC PC <br>Acct: | 2,800.00 | 75.59 | 0.00 | 0.00 |
| JAMIE AYMAR <br>Acct: | 298.45 | 298.45 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| SOUTH PARK SD & S PARK TWP (EIT) | 839.30 | 0.00 | 0.00 | 0.00 |
| Acct: 9707 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 1,649.03 | 0.00 | 0.00 | 0.00 |
| Acct: 4729 | | | | |
| ASSOCIATE CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 498.82 | 0.00 | 0.00 | 0.00 |
| Acct: 5832 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 804.80 | 0.00 | 0.00 | 0.00 |
| Acct: 9693 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 3,869.50 | 0.00 | 0.00 | 0.00 |
| Acct: 9707 | | | | |
| CAPITAL ONE NA** | 936.98 | 0.00 | 0.00 | 0.00 |
| Acct: 0362 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 4,387.87 | 0.00 | 0.00 | 0.00 |
| Acct: 2192 | | | | |
| PA DEPARTMENT OF REVENUE* | 812.47 | 0.00 | 0.00 | 0.00 |
| Acct: 9707 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 6,574.68 | 0.00 | 0.00 | 0.00 |
| Acct: 1689 | | | | |
| SOUTH HILLS GASTRO ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 1,302.15 | 0.00 | 0.00 | 0.00 |
| Acct: 5607 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 672.65 | 0.00 | 0.00 | 0.00 |
| Acct: 2897 | | | | |
| MIDLAND FUNDING LLC | 764.67 | 0.00 | 0.00 | 0.00 |
| Acct: 3278 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3278 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 1,063.97 | 0.00 | 0.00 | 0.00 |
| Acct: 9437 | | | | |

| 19-24738 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC HEALTH SERVICES | 1,026.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 9707 | | | | |
|   UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WATERFRONT ANESTHESIA ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WATERFRONT SURGERY CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 715.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 5615 | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 310.68 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            10,073.97
SECURED            254,653.96
UNSECURED           25.079.18

Date: 03/24/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com