**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jamie Aymar** | Social Security number or ITIN **xxx–xx–2151** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **19–24738–CMB**

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Jamie Aymar
   fka Jamie Aymar

9/21/20                                                              **By the court:**   Carlota M. Bohm
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                    Case No. 19-24738-CMB
Jamie Aymar                                                               Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dpas                   Page 1 of 2                  Date Rcvd: Sep 21, 2020
                              Form ID: 318                 Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
db             #+Jamie Aymar,    3119 Ridge Road,    South Park, PA 15129-9335
cr              +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
cr              +TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTR,     GRB Law,    437 Grant Street 14th Floor,
                  Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15168828        +Allegheny Clinic Pediatrics,    Box 645351,    Pittsburgh, PA 15264-5251
15168829        +Allegheny Health Network,    Box 645266,    Pittsburgh, PA 15264-5250
15168833        +Assoc Credit Services,   115 Flanders Rd ste 140,     Westborough, MA 01581-1087
15168836        +CBCS,   Box 2724,    Columbus, OH 43216-2724
15168841        +First Federal Credit Unon,    24700 Chagrin Blvd Ste 2,    Beachwood, OH 44122-5662
15168844         Kohls Capital One,    N56 Ridgewood Dr,    Menomonee Falls, WI 53051
15168847        +Midland Funding,    320 E Big Beaver Rd,    Troy, MI 48083-1271
15168846        +Midland Funding,    c/o Hayt Hayt Landau,    Meridian Center,   2 Industrial Way West,
                  Eatontown, NJ 07724-2265
15201449        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
15168849        +Pennymac,   Box 30597,    Los Angeles, CA 90030-0597
15168853       ++STATE COLLECTION SERVICE INC,    2509 S STOUGHTON RD,    MADISON WI 53716-3314
                (address filed with court:    State Collection,    2509 S Stoughton Rd,    Madison, WI 53716)
15168854       ++STATE COLLECTION SERVICE INC,    2509 S STOUGHTON RD,    MADISON WI 53716-3314
                (address filed with court:    State Collection Service,    2509 s. Stoughton Rd,
                  Madison, WI 53716)
15168851        +South Hills Gastro Assoc,    1200 Brooks Lane #10,    Clairton, PA 15025-3747
15202964        +Township of South Park and South Park SD,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
                  437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15168862        +UPMC,   Box 371472,    Pittsburgh, PA 15250-7472
15195172         UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15168864        +UPMC Shadyside Dental,    3459 Fifth Ave,    Pittsburgh, PA 15213-3236
15168865        +Waterfront Anesthesia,    Box 49,    Pittsburgh, PA 15230-0049
15168866        +Waterfront Surgery Center,    495 E Waterfront Dr Ste 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QNLCARDIELLO.COM Sep 22 2020 07:28:00      Natalie Lutz Cardiello,    107 Huron Drive,
                  Carnegie, PA 15106-1826
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2020 03:57:27       Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr              +E-mail/Text: kburkley@bernsteinlaw.com Sep 22 2020 03:58:00       Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
cr              +EDI: PRA.COM Sep 22 2020 07:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
15168832        +EDI: ARSN.COM Sep 22 2020 07:28:00      ARS National Services,    Box 469046,
                  Escondido, CA 92046-9046
15190580         EDI: GMACFS.COM Sep 22 2020 07:28:00      Ally Financial,    PO Box 130424,
                  Roseville MN 55113-0004
15168830        +EDI: GMACFS.COM Sep 22 2020 07:28:00      Ally Financial,    200 Renaissance Center #80,
                  Detroit, MI 48243-1300
15168831        +EDI: RMSC.COM Sep 22 2020 07:28:00      Amazon,    Box 965015,   Orlando, FL 32896-5015
15168835         EDI: CAPITALONE.COM Sep 22 2020 07:28:00      Capital One Bank,    15000 Capital One Dr,
                  Henrico, VA 23238
15168834        +E-mail/Text: bankruptcy@usecapital.com Sep 22 2020 03:58:07       Capital Accounts,    Box 140065,
                  Nashville, TN 37214-0065
15190379         EDI: BL-BECKET.COM Sep 22 2020 07:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                  PO Box 3001,   Malvern PA 19355-0701
15168837        +EDI: WFNNB.COM Sep 22 2020 07:28:00      Comenity CB My Place,    Box 182120,
                  Columbus, OH 43218-2120
15168838        +EDI: WFNNB.COM Sep 22 2020 07:28:00      Comenity My Place,    Box 182120,
                  Columbus, OH 43218-2120
15168839        +EDI: CCUSA.COM Sep 22 2020 07:28:00      Credit Collections,    16 distributor Dr Ste 2,
                  Morgantown, WV 26501-7209
15168840        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 22 2020 04:06:21       Credit One Bank,
                  Box 98875,   Las Vegas, NV 89193-8875
15168842        +EDI: IIC9.COM Sep 22 2020 07:28:00      IC Systems,    Box 64378,   Saint Paul, MN 55164-0378
15168843         EDI: IRS.COM Sep 22 2020 07:28:00      IRS,    1000 Liberty Ave,   Pittsburgh, PA 15222
15198035         EDI: JEFFERSONCAP.COM Sep 22 2020 07:28:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
15168845        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:06:22       LVNV Funding Credit One,   Box 1269,   Greenville, SC 29602-1269
15170514         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:06:23       LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15193918        +EDI: MID8.COM Sep 22 2020 07:28:00      Midland Funding LLC,    PO Box 2011,
                  Warren, MI 48090-2011
15168850         EDI: PRA.COM Sep 22 2020 07:28:00      Portfolio Recovery,    150 Corporate Blvd,
                  Norfolk, VA 23502
```

```
District/off: 0315-2              User: dpas                  Page 2 of 2                  Date Rcvd: Sep 21, 2020
                                  Form ID: 318                Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15181334         EDI: PRA.COM Sep 22 2020 07:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
15177187         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2020 03:57:27
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
15168848        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2020 03:57:27      Pennsylvania Dept of Revenue,
                  Box 280946,    Harrisburg, PA 17128-0946
15168853         E-mail/Text: amieg@stcol.com Sep 22 2020 03:57:11      State Collection,    2509 S Stoughton Rd,
                  Madison, WI 53716
15168854         E-mail/Text: amieg@stcol.com Sep 22 2020 03:57:11      State Collection Service,
                  2509 s. Stoughton Rd,    Madison, WI 53716
15168855        +EDI: RMSC.COM Sep 22 2020 07:28:00      SYNC Levin,    950 Forrer Blvd,    Dayton, OH 45420-1469
15168856        +EDI: RMSC.COM Sep 22 2020 07:28:00      SYNC Lowes,    950 Forrer Blvd,    Dayton, OH 45420-1469
15168858        +EDI: RMSC.COM Sep 22 2020 07:28:00      SYNC Sams Club,    Box 965005,    Orlando, FL 32896-5005
15168859        +EDI: RMSC.COM Sep 22 2020 07:28:00      SYNC Toys r Us,    Box 965005,    Orlando, FL 32896-5005
15168860        +EDI: RMSC.COM Sep 22 2020 07:28:00      SYNC Walmart,    Box 965024,    Orlando, FL 32896-5024
15168852        +EDI: SWCR.COM Sep 22 2020 07:28:00      Southwest Credit System,    4120 International Parkway,
                  Carrollton, TX 75007-1958
15168857        +EDI: RMSC.COM Sep 22 2020 07:28:00      Sync Old Navy,    box 965005,    Orlando, FL 32896-5005
15169365        +EDI: RMSC.COM Sep 22 2020 07:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
15168861        +E-mail/Text: bankruptcydepartment@tsico.com Sep 22 2020 03:57:59      Transworld Systems,
                  500 Virginia Dr,   Fort Washington, PA 19034-2733
15168863        +E-mail/Text: BankruptcyNotice@upmc.edu Sep 22 2020 03:57:59      UPMC Mercy,    1400 Locust St,
                  Pittsburgh, PA 15219-5114
                                                                                              TOTAL: 37

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2020 at the address(es) listed below:
              Brad L. Hamric    on behalf of Debtor Jamie  Aymar hamriclaw@comcast.net
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    TOWNSHIP OF SOUTH PARK AND SOUTH PARK SCHOOL DISTRICT
               jhunt@grblaw.com, cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Natalie Lutz Cardiello    ncardiello@cardiello-law.com, ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```